■ In the Matter of the Claim of ABE SHABTAI, Appellant. COMMISSIONER OF LABOR, Respondent. [993 NYS2d 522]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed October 18, 2013, which charged claimant with a recoverable overpayment of unemployment insurance benefits.

Decision affirmed. No opinion.

Peters, P.J., Lahtinen, Lynch, Devine and Clark, JJ., concur. Ordered that the decision is affirmed, without costs.